**FILED**
CLERK, U.S. DISTRICT COURT
11/29/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_TV\_\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2023 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ANGEL HERNANDEZ,<br>　　aka "Ocho," and<br>GABRIEL GRIMALDO,<br>　　aka "Packer,"<br><br>　　　　Defendants. | CR No. 2:23-cr-00578-PA<br><br>I N D I C T M E N T<br><br>[21 U.S.C. §§ 841(a)(1),<br>(b)(1)(A)(viii), (b)(1)(B)(viii):<br>Distribution of Methamphetamine;<br>18 U.S.C. §§ 922(g)(1), (g)(9):<br>Prohibited Person in Possession of<br>Ammunition; 18 U.S.C. § 924(d)(1)<br>and 28 U.S.C. § 2461(c): Criminal<br>Forfeiture] |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

[DEFENDANT HERNANDEZ]

On or about March 17, 2022, in Los Angeles County, within the Central District of California, defendant ANGEL HERNANDEZ, also known as "Ocho," knowingly and intentionally distributed at least 50 grams, that is, approximately 55 grams, of methamphetamine, a Schedule II controlled substance.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii); 18 U.S.C. § 2(a)]

[DEFENDANT HERNANDEZ]

On or about March 30, 2022, in Los Angeles County, within the Central District of California, defendant ANGEL HERNANDEZ, also known as "Ocho," and others known and unknown to the Grand Jury, each aiding and abetting the other, knowingly and intentionally distributed at least five grams, that is, approximately 48 grams, of methamphetamine, a Schedule II controlled substance.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COUNT THREE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii); 18 U.S.C. § 2(a)]

[ALL DEFENDANTS]

On or about May 10, 2023, in Los Angeles County, within the Central District of California, defendants ANGEL HERNANDEZ, also known as ("aka") "Ocho," and GABRIEL GRIMALDO, aka "Packer," each aiding and abetting the other, knowingly and intentionally distributed at least 50 grams, that is, approximately 53.2 grams, of methamphetamine, a Schedule II controlled substance.

COUNT FOUR

[18 U.S.C. §§ 922(g)(1), (g)(9)]

[DEFENDANT GRIMALDO]

On or about May 10, 2023, in Los Angeles County, within the Central District of California, defendant GABRIEL GRIMALDO, also known as "Packer," knowingly possessed ammunition, namely, one round of Poongsan Corporation 9mm ammunition, one round of China North Industries Corporation 9mm ammunition, one round of Winchester 9mm ammunition, and one round of American Ammunition, Inc. 9mm ammunition, all contained inside of a privately made 9mm semi-automatic pistol (commonly referred to as a "ghost gun"), each in and affecting interstate and foreign commerce.

Defendant GRIMALDO possessed such ammunition knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

1. Felon in Possession of Firearm, in violation of California Penal Code Section 29800(a), in the Superior Court of the State of California, County of Los Angeles, Case Number LA096662, on or about September 15, 2022;

2. Vehicle Theft, in violation of California Vehicle Code Section 10851(a), in the Superior Court of the State of California, County of Los Angeles, Case Number LA093286, on or about February 8, 2021;

3. Felon in Possession of Firearm, in violation of California Penal Code Section 29800(a), in the Superior Court of the State of California, County of Los Angeles, Case Number PA095068, on or about January 29, 2021;

    4.   Willful Discharge of Firearm with Gross Negligence, in violation of California Penal Code Section 246.3(a), in the Superior Court of the State of California, County of Los Angeles, Case Number LA090488, on or about February 10, 2020; and

    5.   Vehicle Theft, in violation of California Vehicle Code Section 10851(a), in the Superior Court of the State of California, County of Los Angeles, Case Number LA089364, on or about November 2, 2018.

    Furthermore, defendant GRIMALDO possessed such ammunition knowing that he had previously been convicted of a misdemeanor crime of domestic violence, namely, Infliction of Corporal Injury on a Spouse or Cohabitant, in violation of California Penal Code Section 273.5(a), in the Superior Court of the State of California, County of Los Angeles, Case Number 7SV02631, on or about April 4, 2017.

COUNT FIVE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

[DEFENDANT HERNANDEZ]

On or about August 1, 2023, in Los Angeles County, within the Central District of California, defendant ANGEL HERNANDEZ, also known as "Ocho," knowingly and intentionally distributed at least 50 grams, that is, approximately 72 grams, of methamphetamine, a Schedule II controlled substance.

FORFEITURE ALLEGATION ONE

[21 U.S.C. § 853]

1. Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 21, United States Code, Section 853, in the event of any defendant's conviction of the offenses set forth in any of Counts One through Three, or Count Five, of this Indictment.

2. Any defendant, if so convicted, shall forfeit to the United States of America the following:

(a) All right, title and interest in any and all property, real or personal, constituting or derived from, any proceeds which the defendant obtained, directly or indirectly, from such offense;

(b) All right, title and interest in any and all property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense;

(c) All right, title, and interest in any firearm or ammunition involved in or used in such offense; and

(d) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a), (b), and (c).

3. Pursuant to Title 21, United States Code, Section 853(p), and as incorporated by Title 28, United States Code, Section 2461(c), any defendant, if so convicted, shall forfeit substitute property if, by any act or omission of the defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond

the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

FORFEITURE ALLEGATION TWO

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1.  Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of the conviction of defendant GABRIEL GRIMALDO, also known as "Packer," of the offense set forth in Count Four of this Indictment.

2.  Defendant GRIMALDO, if so convicted, shall forfeit to the United States of America the following:

    (a) All right, title, and interest in any firearm or ammunition involved in or used in such offense; and

    (b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3.  Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been

\\

\\

substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

                                          A TRUE BILL

                                                /s/

                                          Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

IAN V. YANNIELLO
Assistant United States Attorney
Deputy Chief, General Crimes Section

MORGAN J. COHEN
Assistant United States Attorney
Major Frauds Section